SOLOMON FROMM, Respondent, *v.* THE CITY OF NEW YORK et al., Appellants.

*Appeal — modification by Appellate Division — permission to appeal therefrom unnecessary.*

Reported below, 196 App. Div. 980.

(Submitted July 13, 1921; decided July 14, 1921.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 27, 1921, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that in effect the decision of the Appellate Division constituted an unanimous affirmance and that permission to appeal therefrom had not been obtained.

*Arthur J. Stern* for motion.

No one opposed.

Motion denied, with ten dollars costs.